IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

SEAN COREY PINION,

     Plaintiff,

v.                                    CASE NO. 1:09-cv-00156-MP-WCS

MICHAEL J ASTRUE,

     Defendant.

_____/

## O R D E R

This matter is before the Court on Doc. 19, Report and Recommendation of the

Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be

affirmed. The time for filing objections has passed, and none have been filed.   The Court agrees

with the Magistrate Judge that substantial evidence in the record supports the conclusion that

Plaintiff has the mental residual functional capacity to do simple and repetitive tasks on a

sustained basis.  For example, doctors Chodosh, Nazario and Peterson specific found that

Plaintiff could perform such tasks.  Additionally, the Court agrees that while the Administrative

Law Judge is certainly responsible for making the mental residual functional capacity assessment

described in 20 C.F.R. § 404.1545(c), the Administrative Law Judge is not required to use a

consulting or treating psychologist to do so.

 In sum, the findings of the Administrative Law Judge were based upon substantial

evidence in the record and a correct application of the law.  Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and
incorporated herein.

2.    The decision of the Commissioner, denying benefits, is affirmed.

**DONE AND ORDERED** this _8th_ day of April, 2010

_____*s/Maurice M. Paul*_____
Maurice M. Paul, Senior District Judge